PATRICK H. HICKS, ESQ., Bar # 4632
ETHAN D. THOMAS, ESQ. Bar #12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
Email:             phicks@littler.com
                      edthomas@littler.com

*Attorneys for Defendant*
PARIS LAS VEGAS OPERATING COMPANY, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LESLEY DEISER, an individual, | Case No. 2:21-cv-01295-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| PARIS LAS VEGAS OPERATING CO, LLC, a domestic limited-liability company; DOES 1 through 10; and ROE Corporations 11-20, inclusive, | |
| Defendants. | |

Plaintiff LESLEY DEISER and Defendant PARIS LAS VEGAS OPERATING COMPANY, LLC, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

The parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party to this stipulation shall bear its own costs and fees for the claims dismissed by this stipulation.

Dated:  November 2, 2021

Respectfully submitted,

 /s/ Kaine Messer
CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.

Attorneys for Plaintiff
LESLEY DEISER

Dated:  November 2, 2021

Respectfully submitted,

 /s/ Ethan D. Thomas
PATRICK H. HICKS, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
PARIS LAS VEGAS OPERATING COMPANY, LLC

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  __November 3_____, 2021.

4889-3227-8785.1 / 083558-1247

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.